# EXHIBIT C

5/2/2023

Ms. Geng Chen

32nd Floor

1301 Avenue of the Americas New York, NY, 10019-6023

Re:DOC-NTIS-2023-001271

Dear Ms. Geng Chen:

This letter responds to your 03/01/2023, request made pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. §552, regarding "(from document attached)This request seeks copies of the Social Security Death Master File ("SSDMF") and Limited Access Death Master File ("LADMF") that were licensed to certain life insurance companies and third-party contractors that performed work for these life insurance companies (collectively, the "Life Insurers"), as well as documents showing the receipt of the SSDMF or LADMF by these Life Insurers. Unless otherwise indicated, this request covers the time period from January 1, 2000 to June 14, 2012 ("Relevant Period"). ." The U.S. Department of Commerce's Office of Privacy and Open Government (the "Office") received your request on 2/21/2023, and assigned it the above referenced tracking request number.

Please be advised that no connection exists between the records sought and the U.S. Department of Commerce. For more information on the organization and activities of the U.S. Department of Commerce, please visit the Department's website at https://www.commerce.gov/about. This action closes your request in this Office.

The Social Security FOIA office can be found at https://www.ssa.gov/foia .

If you are not satisfied with this Office's determination in response to your request, you may mail an administrative appeal to: Assistant General Counsel for Employment, Litigation, and Information, U.S. Department of Commerce, Office of the General Counsel, Room 5896, 1401 Constitution Avenue NW, Washington, D.C. 20230. For a written appeal, both the letter and the appeal envelope should be clearly marked "Freedom of Information Act Appeal." Appeals may also be emailed to FOIAappeals@doc.gov, faxed to 1-202-482-2552, or submitted electronically through the FOIAonline website (if you have a FOIAonline account) at https://foiaonline.gov/. Any appeal must be received within 90 calendar days from the date of this response.

For further assistance, you may contact me as this Office's FOIA Public Liaison by email at eFOIA@doc.gov. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001; email at ogis@nara.gov; telephone at 1-202-741-5770; toll free at 1-877-684-6448; or fax at 1-202-741-5769.

Sincerely,

Greg Guthrie , FOIA Officer

National Technical Information Service

Case 1:23-cv-02469-LLA   Document 1-3   Filed 08/24/23   Page 3 of 3