# EXHIBIT D

# Susman Godfrey L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

_____

| Suite 5100 | Suite 1400 | Suite 3000 |
| --- | --- | --- |
| 1000 Louisiana Street | 1900 Avenue of the Stars | 401 Union Street |
| Houston, Texas 77002-5096 | Los Angeles, California 90067-6029 | Seattle, Washington 98101-2683 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

Geng Chen
Direct Dial (212) 729-2008

E-Mail GChen@susmangodfrey.com

May 12, 2023

VIA FEDERAL EXPRESS AND EMAIL

Brian D. DiGiacomo
Associate General Counsel for Employment, Litigation, and Information
U.S. Department of Commerce
Office of the General Counsel
Room 5896
1401 Constitution Ave NW
Washington, D.C. 20230

Email: FOIAappeals@doc.gov

Re:   Freedom of Information Act Appeal
      Tracking No. DOC-NTIS-2023-001271

Dear Mr. DiGiacomo:

We write to appeal the denial of our February 21, 2023 Freedom of Information Act ("FOIA") request directed to documents concerning the National Technical Information Service's ("NTIS") distribution of the Social Security Master Death File ("SSDMF") and Limited Access Master Death File ("LADMF"). The FOIA officer's determination—which stated only that "no connection exists between the records sought and the U.S. Department of Commerce"—inexplicably appears to deny that the Department of Commerce has any relation to NTIS. Yet NTIS's own website affirms that it is "part of 'America's Data Agency,' the U.S. Department of Commerce,"[1] and it further presents detailed information about NTIS's distribution

---

[1] The quoted statement confirming NTIS's placement within the Department of Commerce is available at https://www.ntis.gov/about/about-us.xhtml.

FREEDOM OF INFORMATION ACT APPEAL

May 12, 2023
Page 2

of the Death Master File ("DMF").[2] Indeed, as discussed below, it is clear from the public record that NTIS has been responsible for selling the DMF to the public for the last three decades. As there is no basis to deny a FOIA request based on any lack of "connection . . . between the records sought and the U.S. Department of Commerce," please remit these records as soon as practicable. If the Department's expenses associated with providing these documents must be recouped ahead of time, please provide us with instructions for payment.

Our February 21, 2023 FOIA Request ("Request"), enclosed as **Exhibit 1**, was directed to Mr. Wayne Strickland, the individual identified on NTIS's website as the "NTIS FOIA Officer."[3] Exhibit A to the Request details the specific information sought, including documents related to NTIS's provision of the SSDMF and LADMF, particularly with respect to various enumerated life insurance companies and their third-party contractors. We were later notified that the Request had been received and assigned tracking number DOC-NTIS-2023-001271.

We were very surprised by the response we received on March 13, 2023 ("March 13 Response"), denying the Request pursuant to a finding "that no connection exists between the records sought and the U.S. Department of Commerce" and pointing us to the Department's website at https://www.commerce.gov/about "[f]or more information on the organization and activities" of the Department. The March 13 Response then informed us that "[t]his action closes your request in this Office." The March 13 Response is enclosed as **Exhibit 2**.

NTIS's primary role in distributing the SSDMF and LADMF for the last three decades is well documented. For example:

- NTIS maintains numerous pages on its website concerning NTIS's DMF subscription service.[4]

---

[2] One of several pages on NTIS's website discussing its operation of a subscription service for purchasing the DMF can be found at https://www.ntis.gov/ladmf/ladmf.xhtml. Prior to November 1, 2011, the version of the DMF sold by NTIS incorporated information from state records. After November 1, 2011, NTIS stopped offering the full SSDMF and replaced it with the LADMF, which, in compliance with Section 205(r) of the Social Security Act, does not include deaths identified in records received by the Social Security Administration from states. Our FOIA request seeks documents concerning the NTIS's distribution of the DMF—whether the full SSDMF or the LADMF—from 2000 to the present. A notice describing the November 2011 change can be found on the NTIS's website at https://ladmf.ntis.gov/docs/import-change-dmf.pdf.

[3] Mr. Strickland's information can be found at https://www.ntis.gov/about/foia.xhtml.

[4] The URLs of these webpages include https://www.ntis.gov/ladmf/ladmf.xhtml, *see supra* note 2, as well as https://ladmf.ntis.gov and https://dmf.ntis.gov/index.php.

FREEDOM OF INFORMATION ACT APPEAL

May 12, 2023
Page 3

- The Social Security Administration's ("SSA") website states that NTIS sells the DMF through a subscription service.[5]
- NTIS's role in distributing the DMF for the last three decades has been disclosed publicly on numerous occasions, including in testimony before Congress.[6]

The March 13 Response was signed by Nicholas J. Cormier, Deputy Program Director in the Department of Commerce's Office of Privacy and Open Government. It indicated that we could contact Mr. Cormier, in his role as the Office of Privacy and Open Government's FOIA Public Liaison, for further assistance. Accordingly, we emailed Mr. Cormier, noting in our inquiry that we would appreciate any additional information he could provide about the basis for the denial of our Request, given NTIS's operation of the subscription service and the fact that NTIS is a unit of the Department of the Commerce. Mr. Cormier responded to inform us that his name was included on the March 13 Response in error. He then directed us to Greg Guthrie at NTIS, identifying Mr. Guthrie as the individual who "reviewed and approved" the March 13 Response.

We re-submitted our inquiry to Mr. Guthrie, again seeking any additional information that he could provide regarding the basis for the Department's denial of our Request, and again noting the connection between NTIS's subscription service and its placement within the Department of Commerce. Approximately a month later on May 2, 2023, we received a letter by email from Mr. Guthrie ("May 2 Response"), which is enclosed as **Exhibit 3**. To our continued surprise, the May 2 Response was substantively identical to the March 13 Response, once again

---

[5] The following statement appears on the SSA's website at https://www.ssa.gov/dataexchange/request_dmf.html: "We provide the Department of Commerce's National Technical Information Service (NTIS) a **public file of death information**, which excludes state death records.  NTIS sells the public file of death information, also known as the public Death Master File (DMF) or Limited Access DMF, to other agencies and private organizations such as banks and credit companies in accordance with the requirements of section 203 of the Bipartisan Budget Act of 2013.  If you are interested in purchasing the public file of death information, please visit the NTIS' website."

[6] For instance, then-Commissioner of the SSA, Michael J. Astrue, submitted the following statement to the House Committee on Ways and Means, Subcommittee on Social Security, on February 2, 2012 (emphases added): "As legally mandated FOIA responses for death information increased, we decided in 1980 that the most efficient way to handle the growing requests was to create a file that we could make available to the public. That file is commonly known as the Death Master File, or DMF. **Since 1992, we have provided the file to the Department of Commerce's National Technical Information Service (NTIS) to distribute** because NTIS functions as a national clearinghouse for a wide array of Government data. NTIS reimburses us for the file under a contractual arrangement and then **sells it to over 450 entities** including banks, hospitals, universities, **insurance companies**, and genealogical services." Commissioner Astrue's full remarks are available at https://www.ssa.gov/legislation/testimony_020212.html.

FREEDOM OF INFORMATION ACT APPEAL

May 12, 2023
Page 4

asserting that "no connection exists between the records sought and the U.S. Department of Commerce," directing us to the Department's website "[f]or more information on the organization and activities of the U.S. Department of Commerce," and informing us that "[t]his action closes your request in this Office."

As we were unable to obtain any additional information regarding our Request through informal means, we now submit this appeal of the Department of Commerce's denial of FOIA Request DOC-NTIS-2023-001271. For the reasons stated above, there is a clear connection between the records sought—which pertain to NTIS's distribution of the SSDMF and LADMF to the public—and the Department of Commerce. We respectfully request that NTIS produce the records sought and, if payment is required, provide us with instructions for submitting it. If there is an impediment to granting part or all of our Request, we seek a clearer and more specific explanation as to why our Request cannot be fulfilled.

Sincerely,

Geng Chen

Enclosures:   Exhibit 1 – February 21, 2023 FOIA Request
Exhibit 2 – March 13, 2023 Response
Exhibit 3 – May 2, 2023 Response

FREEDOM OF INFORMATION ACT APPEAL

# EXHIBIT 1

# SUSMAN GODFREY L.L.P.

A REGISTERED LIMITED LIABILITY PARTNERSHIP
32ND FLOOR
1301 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6023
(212) 336-8330
FAX (212) 336-8340
WWW.SUSMANGODFREY.COM

_____

| SUITE 5100 | SUITE 1400 | SUITE 3000 |
|---|---|---|
| 1000 LOUISIANA STREET | 1900 AVENUE OF THE STARS | 401 UNION STREET |
| HOUSTON, TEXAS 77002-5096 | LOS ANGELES, CALIFORNIA 90067-6029 | SEATTLE, WASHINGTON 98101-2683 |
| (713) 651-9366 | (310) 789-3100 | (206) 516-3880 |

GENG CHEN
DIRECT DIAL (212) 729-2008

E-MAIL GCHEN@SUSMANGODFREY.COM

February 21, 2023

VIA FIRST CLASS MAIL

Wayne Strickland
FOIA Officer
National Technical Information Service
5301 Shawnee Road
Alexandria, VA 22312

Dear Mr. Strickland:

This is a request under the Freedom of Information Act. I request that a copy of the document(s) described in the attached exhibit (Exhibit A) be provided to me. In order to help determine fees, you should know that I am an attorney at the law firm Susman Godfrey L.L.P. and this request relates to pending litigation. I am willing to pay fees up to $5,000. If you expect the fees will exceed this, please contact me before proceeding.

I have also emailed a copy of this request to you and your colleague Linda Swan. We understand that Ms. Swan is involved in the NTIS' certification program for the LADMF.

If you need to discuss this request, I can be reached at (212) 729-2008 or gchen@susmangodfrey.com. Thank you for your consideration of my request.

Sincerely,

Geng Chen

cc:     Wayne Strickland (wstrickland@ntis.gov)
        Linda Swan (lswan@ntis.gov)

# EXHIBIT A

This request seeks copies of the Social Security Death Master File ("SSDMF") and Limited Access Death Master File ("LADMF") that were licensed to certain life insurance companies and third-party contractors that performed work for these life insurance companies (collectively, the "Life Insurers"), as well as documents showing the receipt of the SSDMF or LADMF by these Life Insurers. Unless otherwise indicated, this request covers the time period from January 1, 2000 to June 14, 2012 ("Relevant Period").

The Life Insurers referenced in this request are as follows:

1. **AXA Group:** AXA Financial, Inc., AXA Equitable Financial Services, LLC, AXA Equitable Life Insurance Company, and each of their predecessors, affiliates, subsidiaries, parent companies, and other entities controlled by or under common control with them.

    a. We understand that an entity named "EQUITABLE LIFE & CASUALTY INSURANCE COMPANY" was or is an NTIS licensee.

    b. Entities within the AXA Group may also appear as AXA Equitable Life Insurance Co., AXA Equitable Life Ins Co., Equitable Financial Life Ins Co, Equitable, The Equitable, Mony Life Insurance Co, and Mony Life Ins Co.

2. **Genworth Group:** Genworth Financial, Inc. and Genworth Life Insurance of New York, and each of their predecessors, affiliates, subsidiaries, parent companies, and other entities controlled by or under common control with them.

    a. We understand that an entity named "GENWORTH FINANCIAL" was or is an NTIS licensee.

1

      b.      Entities within the Genworth Group may also appear as Genworth Life Insurance Co, Genworth Life Ins Co of NY, Genworth Life Insurance Co of NY, Genworth Life & Ann Ins Co, and Genworth Life & Health Ins Now Sun Life & Health.

3. **Guardian Group:** The Guardian Life Insurance Company of America and The Guardian Insurance & Annuity Company, Inc., and each of their predecessors, affiliates, subsidiaries, parent companies, and other entities controlled by or under common control with them.

      a.      Entities within the Guardian Group may also appear as Guardian Life Insurance Co. and Guardian Insurance & Annuity Co.

4. **John Hancock Group:** John Hancock Life Insurance Company (U.S.A.), John Hancock Life Insurance Company of New York, and John Hancock Life & Health Insurance Company, and each of their predecessors, affiliates, subsidiaries, parent companies, and other entities controlled by or under common control with them.

      a.      We understand that an entity named "JOHN HANCOCK LIFE INSURANCE COMPANY USA" was or is an NTIS licensee.

      b.      Entities within the John Hancock Group may also appear as John Hancock, John Hancock Life Ins Co USA, JHUSA, JHUSA John Hancock Life Ins Co USA, John Hancock Life Ins Co of NY, and JHNY.

5. **MassMutual Group:** Massachusetts Mutual Life Insurance Company, and each of its predecessors, affiliates, subsidiaries, parent companies, and other entities controlled by or under common control with it.

    a.    We understand that entities named "Massachusetts Mutual Life Insurance Company," "C.M. Life Insurance Company," "MML Bay State Life Insurance Company," and "MML Investors Services LLC" were or are NTIS licensees.

    b.    Entities within the Mass Mutual Group may also appear as Massachusetts Life Insurance Co, Massachusetts Mutual Life Ins Co, and Massachusetts Mutual Life Insurance Comp.

    c.    Relevant individuals affiliated with the Mass Mutual Group include Phil Garvey and Carla Dean.

6.    **MetLife Group:** MetLife, Inc. and Metropolitan Life Insurance Company, and each of their predecessors, affiliates, subsidiaries, parent companies, and other entities controlled by or under control with them.

    a.    We understand that an entity named "METLIFE" was or is an NTIS licensee.

    b.    Entities within the MetLife Group may also appear as Metropolitan Life Insurance Co, MetLife Ins Co of CT, MetLife Ins Co USA, MetLife Investors USA Insurance Co.

7.    **New York Life Group:** New York Life Insurance Company and New York Life Insurance and Annuity Corporation, and each of their predecessors, affiliates, subsidiaries, parent companies, and other entities controlled by or under common control with them.

    a.    Entities within the New York Life Group may also appear as New York Life Insurance Co and New York Life Insurance & Annuity Co.

8. **Prudential Group:** Prudential Financial, Inc., The Prudential Insurance Company of America, and Prudential Insurance Agency, LLC, and each of their predecessors, affiliates, subsidiaries, parent companies, and other entities controlled by or under common control with them.

    a. Entities within Prudential Group may also appear as Prudential Insurance Co, Prudential Insurance Company, Prudential Insurance Co of America, Prudential Ins. Co et al, Pruco Life Insurance Co, Pruco Life Insurance Co of New Jersey, Pruco AX Life Insurance Co, Prudential Annuities Life Assurance Corp, Prudential Annuities Life, Prudential Retirement Insurance & Annuity Co, Prudential Retirement Ins & Annuity Co, and American Skandia Inc.

9. **TIAA-CREF Group:** Teachers Insurance and Annuity Association of America and TIAA-CREF Life Insurance Company, and each of their predecessors, affiliates, subsidiaries, parent companies, and other entities controlled by or under common control with them.

    a. Entities within TIAA-CREF Group may also appear as Teachers Insurance & Annuity of America and Teachers Insurance and Annuity Association.

10. **Third-Party Contractor Group:** TransUnion Corp., LexisNexis, Experian, Pension Benefit Information, Berwyn Group, Equifax, FastData or Fast Data, MIB Solutions, Inc., and each of their predecessors, affiliates, subsidiaries, parent companies, and other entities controlled by or under common control with them.

    a. We understand that entities named "TransUnion LLC," "TransUnion Risk and Alternative Data Solutions, Inc.," "LexisNexis Risk Data Retrieval Services LLC," "Experian Health, Inc.," "Experian Marketing Services,"

4

          "Pension Benefit Information, LLC," "The Berwyn Group," "Equifax Inc.," "FAST DATA SERVICES," and "MIB SOLUTIONS INC," were or are NTIS licensees.

   b.   Entities within the Third-Party Contractor Group may also appear as ChoicePoint (a service of LexisNexis), Accurint (a service of LexisNexis), FirstData or First Data (name used by Fast Data), FirstPursuit or First Pursuit (name used by Fast Data).

   c.   Relevant individuals affiliated with the Third-Party Contractor Group include Joseph Giannusa, Meredith Sidewater, Susan S. McDonald, Frank Chen, Susan Sullivan, Michele LaManna, Matthew Hillgard, Lisa Rupiper, Ryan McGregor, Carol Van Pelt, Brian Parry, Felix Federowicz, Lewis Stone, Luciana Conte, Barbara Benz, and J. Michael de Janes.

Specifically, we request the following document(s) under the Freedom of Information Act:

1.   Documents identifying all individuals and entities with licenses to, who received, or who had access to the SSDMF and/or LADMF for each year during the Relevant Period.

2.   Documents showing which Life Insurers were licensed to receive the SSDMF and/or LADMF during the Relevant Period ("Life Insurer Licensees").

3.   Documents showing the dates during which each Life Insurer Licensee was licensed to receive the SSDMF and/or LADMF during the Relevant Period.

4.   Documents showing that the Life Insurer Licensees were provided, given access to, or received the SSDMF and/or LADMF during the Relevant Period. For any time period in which the SSDMF and/or LADMF were provided or made accessible on physical media (*e.g.*, compact

5

disc), this request seeks documents such as correspondence between NTIS and a Life Insurer Licensee enclosing the SSDMF and/or LADMF. For any time period in which the SSDMF and/or LADMF were provided or made accessible electronically, this request seeks documents such as emails between NTIS and a Life Insurer Licensee concerning the availability of the SSDMF and/or LADMF for download or download activity reports indicating that a Life Insurer Licensee actually downloaded the SSDMF and/or LADMF.

5. Documents showing the NTIS's policies and practices for licensing, providing, or making accessible the SSDMF and/or LADMF, including documents describing the update process, during the Relevant Period.

6. All versions of the SSDMF and/or LADMF that were licensed, provided, or made accessible to each Life Insurer Licensee from January 1, 2000 to the present.

7. All versions of the SSDMF and/or LADMF that existed as of December 31 for each year from 2000 to 2022, inclusive.

# EXHIBIT 2

03/13/2023

Ms. Geng Chen

32nd Floor
1301 Avenue of the Americas
New York, NY, 10019-6023

Re:DOC-NTIS-2023-001271

Dear Ms. Geng Chen:

This letter responds to your 03/01/2023, request made pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. §552, regarding "(from document attached)This request seeks copies of the Social Security Death Master File ("SSDMF") and Limited Access Death Master File ("LADMF") that were licensed to certain life insurance companies and third-party contractors that performed work for these life insurance companies (collectively, the "Life Insurers"), as well as documents showing the receipt of the SSDMF or LADMF by these Life Insurers. Unless otherwise indicated, this request covers the time period from January 1, 2000 to June 14, 2012 ("Relevant Period"). ."  The U.S. Department of Commerce's Office of Privacy and Open Government (the "Office") received your request on 2/21/2023, and assigned it the above referenced tracking request number.

Please be advised that no connection exists between the records sought and the U.S. Department of Commerce.  For more information on the organization and activities of the U.S. Department of Commerce, please visit the Department's website at https://www.commerce.gov/about.  This action closes your request in this Office.

The Social Security FOIA office can be found at https://www.ssa.gov/foia .

If you are not satisfied with this Office's determination in response to your request, you may mail an administrative appeal to: Assistant General Counsel for Employment, Litigation, and Information, U.S. Department of Commerce, Office of the General Counsel, Room 5896, 1401 Constitution Avenue NW, Washington, D.C. 20230.  For a written appeal, both the letter and the appeal envelope should be clearly marked "Freedom of Information Act Appeal."  Appeals may also be emailed to FOIAappeals@doc.gov, faxed to 1-202-482-2552, or submitted electronically through the FOIAonline website (if you have a FOIAonline account) at https://foiaonline.gov/.  Any appeal must be received within 90 calendar days from the date of this response.

For further assistance, you may contact me as this Office's FOIA Public Liaison by email at eFOIA@doc.gov.  Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001; email at ogis@nara.gov; telephone at 1-202-741-5770; toll free at 1-877-684-6448; or fax at 1-202-741-5769.

Sincerely,

/s/
Nicholas J. Cormier
Deputy Program Director
Office of Privacy and Open Government

# EXHIBIT 3

5/2/2023

Ms. Geng Chen

32nd Floor

1301 Avenue of the Americas New York, NY, 10019-6023

Re:DOC-NTIS-2023-001271

Dear Ms. Geng Chen:

This letter responds to your 03/01/2023, request made pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. §552, regarding "(from document attached)This request seeks copies of the Social Security Death Master File ("SSDMF") and Limited Access Death Master File ("LADMF") that were licensed to certain life insurance companies and third-party contractors that performed work for these life insurance companies (collectively, the "Life Insurers"), as well as documents showing the receipt of the SSDMF or LADMF by these Life Insurers. Unless otherwise indicated, this request covers the time period from January 1, 2000 to June 14, 2012 ("Relevant Period"). ." The U.S. Department of Commerce's Office of Privacy and Open Government (the "Office") received your request on 2/21/2023, and assigned it the above referenced tracking request number.

Please be advised that no connection exists between the records sought and the U.S. Department of Commerce. For more information on the organization and activities of the U.S. Department of Commerce, please visit the Department's website at https://www.commerce.gov/about. This action closes your request in this Office.

The Social Security FOIA office can be found at https://www.ssa.gov/foia .

If you are not satisfied with this Office's determination in response to your request, you may mail an administrative appeal to: Assistant General Counsel for Employment, Litigation, and Information, U.S. Department of Commerce, Office of the General Counsel, Room 5896, 1401 Constitution Avenue NW, Washington, D.C. 20230. For a written appeal, both the letter and the appeal envelope should be clearly marked "Freedom of Information Act Appeal." Appeals may also be emailed to FOIAappeals@doc.gov, faxed to 1-202-482-2552, or submitted electronically through the FOIAonline website (if you have a FOIAonline account) at https://foiaonline.gov/. Any appeal must be received within 90 calendar days from the date of this response.

For further assistance, you may contact me as this Office's FOIA Public Liaison by email at eFOIA@doc.gov. Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road, College Park, MD 20740-6001; email at ogis@nara.gov; telephone at 1-202-741-5770; toll free at 1-877-684-6448; or fax at 1-202-741-5769.

Sincerely,

Greg Guthrie , FOIA Officer

National Technical Information Service