UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOTAL ASSET RECOVERY SERVICES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF COMMERCE, <br><br> Defendant. | Civil Action No. 23-2469 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's November 1, 2023 minute order, Plaintiff Total Asset Recovery Services, LLC and Defendant the U.S. Department of Commerce respectfully submit this joint status report. The parties report as follows:

1. Defendant maintains that the Freedom of Information Act request that is the subject of this lawsuit is overbroad, and that Defendant does not have custody of some of the records that Plaintiff seeks.

2. Earlier today the parties had a meet and confer where they made progress on potential avenues for narrowing the scope of the request.

3. Defendant has records that it will be producing on a rolling basis, but the parties require time to come to an agreement as to the scope of the request before they agree to a production schedule.

4. The parties respectfully propose filing another joint status report in thirty days, on or before December 15, 2023.

| | |
|---|---|
| Dated: November 15, 2023 | Respectfully Submitted, |
| */s/ Zachary Savage* | MATTHEW M. GRAVES, D.C. Bar # 481052<br>United States Attorney |
| Zachary Savage (D.C. Bar No. NY0465)<br>**SUSMAN GODFREY L.L.P.**<br>1301 Avenue of the Americas, 32nd Fl.<br>New York, NY 10019<br>Tel: (212) 336-8330<br>zsavage@susmangodfrey.com | BRIAN P. HUDAK<br>Chief, Civil Division |
| *Attorneys for Plaintiff* | By: *John J. Bardo*<br>       JOHN J. BARDO<br>       D.C. Bar # 1655534<br>       Assistant United States Attorney<br>       601 D Street, NW<br>       Washington, DC 20530<br>       (202) 870-6770<br><br>*Attorneys for the United States of America* |