AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Total Asset Recovery Services LLC, ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-02469 |
| United States Department of Commerce, ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Total Asset Recovery Services LLC.

Date: 11/16/2023

/s/ Geng Chen
*Attorney's signature*

Geng Chen NY Bar No. 5377262
*Printed name and bar number*

Susman Godfrey L.L.P.
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
*Address*

gchen@susmangodfrey.com
*E-mail address*

(212) 336-8330
*Telephone number*

(212) 336-8340
*FAX number*