UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOTAL ASSET RECOVERY SERVICES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF COMMERCE,<br><br>Defendant. | Civil Action No. 23-2469 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's November 17, 2023 minute order, Plaintiff Total Asset Recovery Services, LLC and Defendant the U.S. Department of Commerce respectfully submit this joint status report. The parties report as follows:

1. The parties have reached an agreement to narrow the scope of Plaintiff's FOIA request. The agreement is **attached** herein as Exhibit 1.

2. Defendants will produce those records on a rolling basis, with its first production on or before February 16, 2024.

3. The parties respectfully propose filing another joint status report on or before February 23, 2024.

| | |
|---|---|
| Dated: December 15, 2023 | Respectfully Submitted, |
| */s/ Geng Chen* | MATTHEW M. GRAVES, D.C. Bar # 481052 |
| Geng Chen (admitted pro hac vice) | United States Attorney |
| **SUSMAN GODFREY L.L.P.** | |
| 1301 Avenue of the Americas, 32nd Fl. | BRIAN P. HUDAK |
| New York, NY 10019 | Chief, Civil Division |
| Tel: (212) 336-8330 | |
| gchen@susmangodfrey.com | By: */s/ John J. Bardo* |
| | JOHN J. BARDO |
| *Attorneys for Plaintiff* | D.C. Bar # 1655534 |
| | Assistant United States Attorney |
| | 601 D Street, NW |
| | Washington, DC 20530 |
| | (202) 870-6770 |
| | |
| | *Attorneys for the United States of America* |