# EXHIBIT 1

# MODIFIED FOIA REQUEST

1.      On February 21, 2023, Total Asset Recovery Services ("TARS") submitted a FOIA request to United State Department of Commerce seeking certain documents related to National Technical Information Service's ("NTIS") operation of the Social Security Death Master File subscription service. That request asked for, *inter alia*, (1) records identifying specific individuals and entities who licensed, received, or had access to the Limited Access Death Master File ("LADMF") and Social Security Death Master File ("SSDMF") from January 1, 2000, through June 14, 2012; and (2) all versions of the SSDMF and LADMF that were provided to licensees between January 1, 2000 and June 14, 2012.[1]

2.      On June 22, 2023, TARS submitted a second FOIA request to the Department of Commerce. The request was identical in substance, with one exception. Although both Requests were signed by TARS's counsel and disclosed that they related to pending litigation, the June 22 Request expressly named TARS as the entity on whose behalf the request was made. The Department of Commerce has since explained that it viewed this second FOIA request not "to be a new FOIA request, but a duplicate mailing of FOIA request DOC-NTIS-2023-001271." *See Total Asset Recovery Servs. LLC v. United States Dep't of Commerce*, Case No. 23-cv-02469, Dkt. 8, ¶ 28.

3.      The Department of Commerce denied TARS's February 21 FOIA request—for reasons explained in a letter attached as Exhibit B to TARS's Complaint (Dkt. 2-2)—and did not

---

[1] Based on the Department of Commerce's answer to TARS's complaint in *Total Asset Recovery Servs. LLC v. United States Dep't of Commerce*, Case No. 23-cv-02469, Dkt. 8, TARS understands that NTIS "operates a certification program for those seeking access to the Limited Access Death Master File," as opposed to a "licensing" program, and "[c]ertified persons, also called Subscribers, may download regular updates to the LADMF." Dkt. 8, ¶ 8.

respond within twenty business days of TARS's administrative appeal of that denial. The Department of Commerce did not separately respond to TARS's June 22 FOIA request. TARS thus filed a Complaint against the United States Department of Commerce in the District Court for the District of Columbia on August 28, 2023, seeking production of the records set forth in its February 21 and June 22, 2023 FOIA requests. The Department of Commerce answered TARS's Complaint on November 1, 2023.

4. The parties have since met and conferred on the scope of TARS's FOIA request and the availability of documents in the Department of Commerce's possession. Based on those discussions, the parties have agreed to limit the scope of TARS's initial FOIA request as follows:

    a. NTIS shall provide all complete base files of the LADMF from 2013 to 2020.

    b. For each entity TARS identified in its February 21 FOIA Request, NTIS shall provide a database listing showing that entity's payments for subscription of certification fees, dating back to the earliest date those records remain available. A copy of the February 21 FOIA Request is attached as Exhibit A to TARS's Complaint (Dkt 1-1).

    c. NTIS shall provide a copy of a blank subscriber agreement form from 2001, and any other versions of the subscriber agreement forms that it has identified for the years 2001-2011.

5. Additionally, the agency will determine whether it has subscriber application forms completed and submitted by the entities identified in TARS's February 21 FOIA request.