UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOTAL ASSET RECOVERY SERVICES, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF COMMERCE,<br><br>    Defendant. | Civil Action No. 23-2469 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's December 21, 2023 minute order, Plaintiff Total Asset Recovery Services, LLC and Defendant the U.S. Department of Commerce respectfully submit this joint status report. The parties report as follows:

1. The parties previously agreed to narrow the scope of Plaintiff's FOIA request to the following:

   a. Complete base files of the LADMF from 2013 to 2020;

   b. A database listing showing that entity's payments for subscription of certification fees, dating back to the earliest date those records remain available, for each entity TARS identified in its February 21 FOIA request;

   c. A copy of a blank subscriber agreement form from 2001, and any other versions of subscriber agreement forms that NTIS has identified for the years 2001-2011;

2. Additionally, NTIS agreed to determine whether it has subscriber application forms completed and submitted by the entities identified in TARS's February 21, 2023 FOIA request.

3. NTIS made its first production of documents on February 14, 2024.

4. NTIS will continue to produce the remaining records on a rolling basis, with its second production on or before March 15, 2024.

5. The parties will meet and confer regarding any additional issues that arise.

6. The parties respectfully propose filing another joint status report on or before April 1, 2024.

Dated: February 23, 2024

/s/ Geng Chen

Geng Chen (admitted pro hac vice)
**SUSMAN GODFREY L.L.P.**
1301 Avenue of the Americas, 32nd Fl.
New York, NY 10019
Tel: (212) 336-8330
gchen@susmangodfrey.com

*Attorneys for Plaintiff*

Respectfully Submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ John J. Bardo
JOHN J. BARDO
D.C. Bar # 1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*