UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOTAL ASSET RECOVERY SERVICES, LLC,<br><br>      Plaintiff,<br><br>      v.<br><br>U.S. DEPARTMENT OF COMMERCE,<br><br>      Defendant. | Civil Action No. 23-2469 (CRC) |

## JOINT STATUS REPORT

Pursuant to the Court's February 26, 2024 minute order, Plaintiff Total Asset Recovery Services, LLC and Defendant the U.S. Department of Commerce respectfully submit this joint status report. The Department of Commerce is continuing to produce the remaining records on a rolling basis, with the next production anticipated for on or around April 15, 2024. The parties will meet and confer about any remaining issues. The parties respectfully propose filing another joint status report on or before May 1, 2024.

| | |
|---|---|
| Dated: April 1, 2024 | Respectfully Submitted, |
| /s/ Geng Chen | MATTHEW M. GRAVES, D.C. Bar # 481052<br>United States Attorney |
| Geng Chen (admitted pro hac vice)<br>**SUSMAN GODFREY L.L.P.**<br>One Manhattan West, 51st Floor<br>New York, NY 10001<br>Tel: (212) 336-8330<br>gchen@susmangodfrey.com | BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By: /s/ John J. Bardo<br>    JOHN J. BARDO<br>    D.C. Bar # 1655534<br>    Assistant United States Attorney<br>    601 D Street, NW<br>    Washington, DC 20530<br>    (202) 870-6770 |
| *Attorneys for Plaintiff* | *Attorneys for the United States of America* |