UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOTAL ASSET RECOVERY SERVICES, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF COMMERCE,<br><br>　　　　　Defendant. | Civil Action No. 23-2469 (LLA) |

## JOINT STATUS REPORT

Pursuant to the Court's May 1, 2024 minute order, Plaintiff Total Asset Recovery Services, LLC and Defendant the U.S. Department of Commerce respectfully submit this joint status report. The parties met and conferred today regarding outstanding issues, which the parties are jointly working to resolve. The parties will continue to meet and confer as necessary. The parties respectfully propose filing another joint status report on or before July 2, 2024.

Dated: June 3, 2024                          Respectfully Submitted,

*/s/ Geng Chen*                              MATTHEW M. GRAVES, D.C. Bar # 481052
                                             United States Attorney
Geng Chen (admitted pro hac vice)
**SUSMAN GODFREY L.L.P.**                    BRIAN P. HUDAK
One Manhattan West, 51st Floor               Chief, Civil Division
New York, NY 10001
Tel: (212) 336-8330                          By:  */s/ John J. Bardo*
gchen@susmangodfrey.com                          JOHN J. BARDO
                                                 D.C. Bar # 1655534
*Attorneys for Plaintiff*                        Assistant United States Attorney
                                                 601 D Street, NW
                                                 Washington, DC 20530
                                                 (202) 870-6770

                                             *Attorneys for the United States of America*