UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TOTAL ASSET RECOVERY SERVICES, LLC,<br><br>       Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF COMMERCE,<br><br>       Defendant. | Civil Action No. 23-2469 (LLA) |

## JOINT STATUS REPORT

Pursuant to the Court's July 3, 2024 minute order, Plaintiff Total Asset Recovery Services, LLC and Defendant the U.S. Department of Commerce respectfully submit this joint status report. The parties are continuing to resolve a few outstanding issues. The parties respectfully propose filing another joint status report on or before September 6, 2024.

Dated: August 2, 2024

                                               Respectfully Submitted,

*/s/ Geng Chen*                          MATTHEW M. GRAVES, D.C. Bar # 481052
                                         United States Attorney

Geng Chen (admitted pro hac vice)
**SUSMAN GODFREY L.L.P.**              BRIAN P. HUDAK
One Manhattan West, 51st Floor           Chief, Civil Division
New York, NY 10001
Tel: (212) 336-8330
gchen@susmangodfrey.com              By: */s/ John J. Bardo*
                                      JOHN J.  BARDO
*Attorney for Plaintiff*                   D.C. Bar # 1655534
                                      Assistant United States Attorney
                                        601 D Street, NW
                                        Washington, DC 20530
                                        (202) 870-6770

                                    *Attorneys for the United States of America*