UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TOTAL ASSET RECOVERY SERVICES, LLC, <br><br>      Plaintiff, <br><br>   v. <br><br> U.S. DEPARTMENT OF COMMERCE, <br><br>      Defendant. | Civil Action No. 23-2469 (LLA) |

## JOINT STATUS REPORT

Pursuant to the Court's September 23, 2024 minute order, Plaintiff Total Asset Recovery Services, LLC and Defendant the U.S. Department of Commerce respectfully submit this joint status report. The parties are continuing to resolve one outstanding issue. The parties respectfully propose filing another joint status report on or before October 25, 2024.

Dated: October 9, 2024

/s/ Geng Chen_____

Geng Chen (admitted pro hac vice)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51st Floor
New York, NY 10001
Tel: (212) 336-8330
gchen@susmangodfrey.com

*Attorneys for Plaintiff*

Respectfully Submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: /s/ John J. Bardo_____
    JOHN J. BARDO
    D.C. Bar # 1655534
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 870-6770

*Attorneys for the United States of America*