UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOTAL ASSET RECOVERY SERVICES, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF COMMERCE,<br><br>  Defendant. | Civil Action No. 23-2469 (LLA) |

## JOINT STATUS REPORT

Pursuant to the Court's October 10, 2024 minute order, Plaintiff Total Asset Recovery Services, LLC ("TARS") and Defendant the U.S. Department of Commerce respectfully submit this joint status report. The parties are continuing to resolve one outstanding issue. The parties agree to meet-and-confer on this outstanding issue during the week of October 28, 2024. The U.S. Department of Commerce will also provide TARS with a status update on the outstanding issue on or before November 6, 2024. The parties respectfully propose filing another joint status report on or before November 15, 2024.

Dated: October 25, 2024

*/s/ Geng Chen*_____

Geng Chen (admitted pro hac vice)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51st Floor
New York, NY 10001
Tel: (212) 336-8330
gchen@susmangodfrey.com

*Attorneys for Plaintiff*

Respectfully Submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ John J. Bardo*_____
JOHN J. BARDO
D.C. Bar # 1655534
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 870-6770

*Attorneys for the United States of America*