UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOTAL ASSET RECOVERY SERVICES, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>U.S. DEPARTMENT OF COMMERCE,<br><br>　　　　　Defendant. | Civil Action No. 23-2469 (LLA) |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Total Asset Recovery Services, LLC ("TARS") and Defendant the United States Department of Commerce hereby stipulate that Plaintiff's claims are voluntarily dismissed.

Dated: November 14, 2024

*/s/ Geng Chen*

Geng Chen (admitted pro hac vice)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 51st Floor
New York, NY 10001
Tel: (212) 336-8330
gchen@susmangodfrey.com

*Attorneys for Plaintiff*

Respectfully Submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ John J. Bardo*
　　JOHN J. BARDO
　　D.C. Bar # 1655534
　　Assistant United States Attorney
　　601 D Street, NW
　　Washington, DC 20530
　　(202) 870-6770

*Attorneys for the United States of America*